**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 01-6138

---

HARVEY E. TUNSTALL,

Plaintiff - Appellant,

versus

CORPORAL WARE; CORPORAL WHITE; CORPORAL
THOMPSON, Deputy Sheriffs/Jail Security; CAP-
TAIN GERBER, Chief, Confinement Branch; MAJOR
M.P. JACKSON, Commander, Correctional Services
Division,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Barry R. Poretz, Magistrate
Judge. (CA-00-528)

---

Submitted: April 13, 2001          Decided: April 24, 2001

---

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Harvey E. Tunstall, Appellant Pro Se. James R. Parish, BRANDT,
JENNINGS, ROBERTS, DAVIS & SNEE, Falls Church, Virginia, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Harvey E. Tunstall appeals the magistrate judge's order deny-ing relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint.[*] We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. <u>Tunstall v. Ware</u>, No. CA-00-528 (E.D. Va. Dec. 12, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] The parties consented to the magistrate judge's jurisdiction pursuant to 28 U.S.C. § 636(c) (1994).

2